**VENN v. STATE.**

No. 17947.

Court of Criminal Appeals of Texas.

Feb. 19, 1936.

Gus Morris, of Gilmer, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is the unlawful possession of whisky; penalty assessed at confinement in the penitentiary for three years.

Since the conviction of the appellant, the law upon which the prosecution is founded has been repealed. See Meadows v. State (Tex.Cr.App.) 88 S.W.(2d) 481.

The judgment is reversed, and the prosecution ordered dismissed.